UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

LOUIS BERNARD PLACIDE,

                Plaintiff,                Case No. 7:20-cv-2277

-against-

RULESS PIERRE,                         **NOTICE OF VOLUNTARY DISMISSAL**
R. PIERRE CONSULTING GROUP, LLC       **PURSUANT TO**
and KARLYNE FEQUIERE PIERRE,          **F.R.C.P. 41(a)(1)(A)(i)** (PARTIAL)

                Defendants.

------------------------------------------------------------------X

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Louis Bernard Placide and or their counsel, hereby give notice that the above captioned action is voluntarily dismissed, without prejudice against defendant Karlyne Fequiere Pierre.

Dated: Hawthorne, New York
July 14, 2020

                                                             Steven C. Bagwin. (SCB-7342)
                                                             The Law Office of Steven C. Bagwin
                                                             Attorney for Plaintiff
                                                              245 Saw Mill River Road
                                                              Hawthorne, New York 10530
                                                              914-747-7070
                                                              sbagwin@grlawpc.com

SO ORDERED.

_Cathy Seibel_
CATHY SEIBEL, U.S.D.J.        7/20/20

Kuuku Minnah-Donkoh, Esq. (via ECF)
Attorney for Defendant Karlyne Fequiere Pierre
49 Poe Street
Hartsdale, New York 10530