**SO ORDERED.**

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.

August 17, 2020

# LAW OFFICES OF STEVEN C. BAGWIN
## 245 SAW MILL RIVER ROAD
## HAWTHORNE, NEW YORK 10532
## PHONE: (914) 747-7070
## sbagwin@grlawpc.com

August 17, 2020

<u>VIA ECF & Electronic Mail</u>
Honorable Cathy Seibel
United States District Judge
United States District Court for the Southern District of New York
300 Quarropas Street
White Plains, New York 10601

        Re:    Louis Bernard Placide v. Ruless Pierre and R. Pierre Consulting
              <u>Case No. 7:20-cv-2277(CS)</u>

Dear Judge Seibel:

      I am the attorney for the plaintiff Louis Bernard Placide ("Plaintiff") in the above-referenced action.

      I am writing this letter to request an extension of time to file the Plaintiff's order to show cause for a default judgment against defendants Ruless Pierre and R. Pierre Consulting Group, LLC.[1] The Court set August 20, 2020 as the initial date for filing the order to show cause. This is the Plaintiff's first request for an extension of time to file the order to show cause.

      The reason for this request is the disruption of electrical and internet services due to the recent tropical storm as well as my handling of two emergency matters that have suddenly arisen. The Court should be aware that I have filed for a Certificate of Default with the Clerk of the Court and I am awaiting a response from the Clerk.

      There is no requirement to contact the defendants in this matter since they have not appeared in this action or otherwise moved to dismiss the summons and complaint and therefore have defaulted.

      Accordingly, I respectfully request an extension of time to file the order to show cause for a default judgment until September 3, 2020.

      Thank you for your consideration.

                                              Very truly yours,

                                              Steven C. Bagwin, Esq.

cc: Louis Placide

---

[1] Defendant Karlyne Fequiere Pierre was previously voluntarily released from this action.