UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

LOUIS BERNARD PLACIDE,

                Plaintiff,                Case No. 7:20-CV-2277 (CS)

   -against-

                                                    <u>DEFAULT JUDGMENT</u>

RULESS PIERRE,
PIERRE CONSULTING GROUP, LLC,
and KARLYNE FEQUIERE PIERRE,

                Defendants.

-------------------------------------------------------------------X

CATHY SEIBEL, U.S.D.J.:

    This action having been commenced by plaintiff Louis Bernard Placide on March 13, 2020 by the filing of the complaint herein, thereafter the court noted a filing error on the docket, thereafter plaintiff Louis Bernard Placide refiled the complaint on March 16, 2020 which interposed claims against defendant Ruless Pierre and defendant R. Pierre Consulting Group, LLC for federal securities law violations of Section 10(b) and 20(a) of the Securities Exchange Act of 1934 (15 U.S.C. §§78j(b) and 78t(a) and Rule 10b-5 promulgated thereunder by the Securities and Exchange Commission (17 C.F.R. §240.10b-5) as well as state law claims for fraud, action on promissory notes, unjust enrichment and violations of New York General Business Law §349, and on March 16, 2020 the summons was issued by the court and the summons and complaint having been personally served upon defendant Ruless Pierre on June 3, 2020, and the summons and complaint having been personally served upon defendant R. Pierre Consulting Group, LLC on June 3, 2020 and defendant Ruless Pierre's and defendant R. Pierre Consulting Group, LLC's time to answer or move with respect to the summons and complaint was due on June 24, 2020 and defendant Ruless Pierre and defendant R. Pierre Consulting Group, LLC having failed to plead or

otherwise defend this action, and default having been entered against defendant Ruless Pierre and defendant R. Pierre Consulting Group, LLC for failure to appear pursuant to Rule 55(a) and 55(b)(2) of the Federal Rules of Civil Procedure.

NOW, upon motion of Steven C. Bagwin, a member of The Law Offices of Steven C. Bagwin, the attorneys for the plaintiff Louis Bernard Placide and upon the summons and complaint and proof of service thereof, the affidavit of Louis Bernard Placide, sworn to on September 2, 2020 and the exhibits annexed thereto and upon the affidavit Steven C. Bagwin, Esq., sworn to on September 3, 2020 and the exhibits annexed thereto, ~~it is~~ and having heard from Defendant Ruless Pierre and Counsel for Plaintiff at a telephonic hearing today, it is

ORDERED, ADJUDGED and DECREED, that plaintiff Louis Bernard Placide, have judgment on liability on the first, second, third, fourth, fifth, sixth and seventh causes of action in the complaint against defendant Ruless Pierre and defendant R. Pierre Consulting Group, LLC, and it is further

ORDERED, ADJUDGED AND DECREED, that plaintiff, Louis Bernard Placide, residing at 22 Columbus Ave., Apt. C5, Spring Valley, New York 10977, does recover from defendants, Ruless Pierre residing at 10 Willow Drive, Nanuet, New York 10977 and R. Pierre Consulting Group, LLC with an address located at 10 Willow Drive, Nanuet, NY 10977 the sum of $85,000.00 for compensatory damages collectively on the first cause of action for federal securities law violations of Section 10(b) and 20(a) of the Securities Exchange Act of 1934 (15 U.S.C. §§78j(b) and 78t(a) and Rule 10b-5 promulgated thereunder by the Securities and Exchange Commission (17 C.F.R. §240.10b-5), the second cause of action for fraud in the inducement, the third cause of action for fraud by omission, the fourth cause of action on the investment loan promissory notes, the fifth cause of action on the personal promissory note, the sixth cause of action for unjust enrichment and on the sixth cause of action for violations of New York General Business Law §349; together with interest thereon at the rate set forth in the Investment Loan Promissory Note dated April 22, 2019 for the period April 22, 2019 to October 7, 2020 in the sum of

$40,500.00; together with interest thereon at the rate set forth in the Investment Loan Promissory Note April 27, 2019 for the period April 27, 2019 to October 7, 2020 in the sum of $40,000.00; together with interest thereon at the rate set forth in the Investment Loan Promissory Note dated June 6, 2019 for the period June 6, 2019 to October 7, 2020 in the sum of $22,550.00; together with interest thereon at the rate set forth in the September 3, 2019 Personal Promissory for the period September 3, 2019 to October 7, 2020 in the sum of $26,533.00; the sum of $85,000.00 for punitive damages collectively on the second and third causes of action for fraud together with interest thereon at the rate of 9% per annum from April 22, 2019 to October 7, 2020 in the sum of $11,475.00; the sum of $1,000.00 for treble damages on the seventh cause of action for violations of New York General Business Law §349 together with interest thereon at the rate of 9% per annum from April 22, 2019 to October 7, 2020 in the sum of $138.75; the sum of $24,395.00 for Plaintiff's reasonable attorney's on the seventh cause of action for violations of New York General Business Law §349; and the sum of $792.00 for costs and disbursements, amounting in all to the sum of $337,383.75, and the plaintiff, Louis Bernard Placide, have execution therefor.

Judgment signed this 7TH day of October, 2020.

_____
Cathy Siebel Seibel
United States District Judge

Judgment entered in accordance with the foregoing.

_____
Clerk